■ ANTHONY LOPEZ, Respondent, v ALBANY MEDICAL CENTER HOSPITAL et al., Defendants, and A.O.W. ASSOCIATES, INC., Appellant. [979 NYS2d 550]—

Rose, J.P., Lahtinen, McCarthy and Garry, JJ., concur. Ordered that the order is affirmed, with costs.